AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DAMIAN D. BERRY**

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 12, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, Keltic 9mm semi-automatic pistol and 9mm ammunition.

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **OFFICER CHRISTOPHER BEYER**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**     ☒ Yes   ☐ No

**Signature of Complainant**
**OFFICER CHRISTOPHER BEYER**
**FIRST DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                             City and State

_____        _____

**Name & Title of Judicial Officer**                **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On Sunday August 12, 2007, sworn officers with the Metropolitan Police Department's First District conducted a traffic stop on a silver cadillac in the 1600 block of Benning Road, N.E., Washington, D.C. The driver of the vehicle was asked to get out the vehicle. While talking to the driver outside of the vehicle, an officer saw the defendant, Damian Berry, who was the front passenger in the car, moving around. The defendant was asked to exit and the vehicle, at which time officers asked if he had anything illegal on him. The defendant stated no. Officers conducted a pat down of the defendant, and a felt a handgun in the defendant right front shorts pocket. Officers placed the defendant under arrest. Officers removed a loaded Kel Tec 9mm semi-automatic pistol from the defendants shorts pocket. To the best of the undersigned officer's knowledge, defendant Damian Beyers, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in U.S. District Court for the District of Columbia, Criminal Case No. 05-357. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future.

_____
OFFICER CHRISTOPHER BEYER
FIRST DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS \_\_ DAY OF AUGUST, 2007.

_____
U.S. MAGISTRATE JUDGE