UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * *Mag.* |
| v. | * Crim. No. 07 - 406 (AK) |
| | * |
| | * |
| DAMIAN D. BERRY | * |

FILED
AUG 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### FORTHWITH ORDER

The Court has considered the defendant's unopposed request to be transferred to general population at the Correctional Treatment Facility ("CTF") during the pendency of this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this ___16th___ Day of ___August___, 2007,

ORDERED that DAMIAN BERRY (               ), shall be transferred FORTHWITH to the Correctional Treatment Facility ("CTF") and held there until further order of this Court.

SO ORDERED.

_____
ALAN KAY
United States Magistrate Judge

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W., Suite 310
Washington, D.C. 20004

United States Marshal's Service
Prisoner Coordination Section

D.C. Department of Corrections        AUSA Angela George, Esq.
Records Section                                555 Fourth Street, N.W.
(202) 698-5744                                  Washington, DC 20001

