UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0406M-01 (CR) |
| **DAMIEN D. BERRY,** | : | VIOLATION: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about August 12, 2007, within the District of Columbia, **DAMIEN D. BERRY**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 05-357, did unlawfully and knowingly receive and possess a firearm, that is, a Kel Tec 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____

JEFFREY PEARLMAN
Assistant United States Attorney
Bar No. 466901
Federal Major Crimes Section
555 4th Street, N.W., Room 4231
Washington, DC 20530
(202) 353-2385