UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA


FILED
NOV 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Case No. 07-301 (PLF) |
| Damian Berry | : | |

## STATEMENT OF FACTS

The parties in this case, the United States of America and the defendant, Damian Berry, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that there exists probable cause that the defendant committed the offenses to which he is pleading guilty.

1. On August 12, 2007, at approximately 10:00PM, MPD Officer Christopher Beyer made a traffic stop on a Silver Cadillac CTS for dark tinted windows. While speaking with the driver, Beyer noticed the front passenger, the defendant, moving around in his seat. He then noticed the defendant reach into his right pocket. Another officer removed the passenger from the vehicle and asked if the defendant had anything illegal on him. The defendant replied no. Officers then patted down the defendant and felt a handgun. Officers recovered a Black Kel Tec 9mm Semi Automatic handgun with six rounds in the magazine and one in the chamber.

2. The defendant does not have a license to carry a handgun, and the handgun was not registered. The handgun was operable. The defendant has a prior felony conviction for the distribution of cocaine, 05-357-02 (RMU).

_____
Jeff Pearlman
Assistant United States Attorney

_____
Howard Katzoff, Esq.
Attorney for Defendant

_____
Damian D. Berry
Defendant

_____11/16/07_____
Date

_____11/16/07_____
Date

4.