AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

FILED
NOV 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-301 (PLF)

I, Damian D. Berry, the above named defendant, who is accused of 18: 922(g)(1) Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding one year

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/16/2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer