CO-526
(Rev. 4/91)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
            vs.             )    Criminal No. 07-301 (PLP)
                            )
DAMIAN D. BERRY             )


WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant hereby waives his right to trial by jury.

_____
            Defendant

_____
     Counsel for Defendant

I consent:

_____
    United States Attorney


Approved:

_____
   United States District Judge