UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CRIMINAL NO.  1:07-301 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **Damian Berry,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' MEMORANDUM  IN AID OF SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits its Memorandum in Aid of Sentencing, recommending that the defendant be sentenced  to 33 months of incarceration (the middle point of the guideline range), to be followed by three years of supervised release.  In support thereof, the United States respectfully states the following:

On August 12, 2007, the defendant was caught with a loaded Kel Tec 9mm semi-automatic handgun on his person.  At the time of his arrest, he had already been convicted of, and was on supervised release for, felony distribution of cocaine by Judge Ricardo Urbina in United States District Court.  He had also been discharged from counseling due to lack of attendance, had tested positive for marijuana and phencyclidine on several occasions between April 13, 2007 and June 29, 2007, and had missed additional drug testing appointments during that period.

The defendant then entered a plea to Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, 18

U.S.C. § 922(g)(1).

    The defendant during his relatively short adulthood has managed to accumulate a firearms conviction, for which probation was revoked, a Bail Reform Act conviction, a serious drug distribution conviction, for which probation was revoked, and now an additional firearms violation. He has also accumulated a series of arrests for numerous violent or weapons-related offenses not ultimately prosecuted by the government. Having been given the privilege of a relatively short sentence by Judge Urbina, he then violated his conditions of release in numerous ways. The Guidelines range in this instance is a reasonable guide to the seriousness of his offense, his extensive criminality, as well as his acceptance of responsibility. The government requests a sentence of 33 months' incarceration, consecutive to any other sentence.

                                                                                 Respectfully,

                                                                                 JEFFREY A. TAYLOR
United States Attorney

By: _____/s/_____
Jeff Pearlman
ASSISTANT UNITED STATES ATTORNEY
Federal Major Crimes Section
United States Attorney's Office
555 Fourth Street, N.W., Room 4231
Washington, D.C. 20530
Phone: (202) 353-2385
Fax: (202) 514-6010
jeffrey.pearlman@usdoj.gov

-2-