HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

# FILED

UNITED STATES OF AMERICA    :    Docket No.: 07-301-01

vs.    :    SSN: N/A

BERRY, Damian    :    Disclosure Date: January 7, 2008

**FEB - 5 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further
acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

(✓)    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment herein.

_____    _1-16-08_____
Prosecuting Attorney    Date

### For the Defendant

(CHECK APPROPRIATE BOX)

(✗)    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

_Damian Berry__1-8-08_    _____ 1/8/08
Defendant    Date    Defense Counsel    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material
inaccuracies or disputes in writing by **January 21, 2008**, to U.S. Probation Officer **Kelli
Cave**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the
Attorney for the Government and the Defense Counsel to provide each other with a copy of
the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By:Gennine A. Hagar, Chief
United States Probation Officer